UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RODNEY JASON HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 6:13-cv-94 |
| ALLISON JUDGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* ECF No. 6, to which no objections have been filed. Accordingly, the R&R is adopted as the opinion of the Court. Hall's case is *DISMISSED*. The Court also *DENIES AS MOOT* Hall's motion for voluntary dismissal. ECF No. 9.

The 6 day of January, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA